# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | 16-po-5079-JTJ |
| --- | --- |
| Plaintiff, | VIOLATION: 6027076 |
| vs. | Location Code: M13 |
| AVINASH TALANKI, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $250.00 and a $30.00 processing fee for VN 6027076 for a total amount of $280.00 in full by December 1, 2016. Payment should be mailed to the following address:

Clerk of Court
United States District Court
Missouri River Courthouse
125 Central Avenue West, Suite 110
Great Falls, MT 59404

The check should be made out to the Clerk, U.S. District Court;

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for October 20, 2016, is VACATED.

DATED this 19th day of October, 2016.

_____
John Johnston
United States Magistrate Judge